IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00252-WDM-KMT

BISON DESIGNS, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

ACME MERCHANDISE AND APPAREL, INC,
a Massachusetts corporation, and
ELAINE BUTTER,
an individual; and Does 1 through 10 inclusive,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendants' "Unopposed Motion to Amend Scheduling Order" (#22, filed August 6, 2008) is GRANTED. The Scheduling Order is modified as follows:

    Discovery Cut-Off is December 16, 2008
    Dispositive Motion Deadline is January 16, 2009
    Expert Witness Disclosures are due October 16, 2008
    Rebuttal Expert Disclosures are due November 17, 2008
    Deadline for serving interrogatories is November 13, 2008
    The final pretrial conference will remain set for April 1, 2009

The Settlement Conference set for August 15, 2008 is hereby VACATED. The parties are ORDERED to place a conference call to chambers at **(303) 335-2780** no later than August 18, 2008 to reset the Settlement Conference for a date in December.

Dated: August 11, 2008