IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00252-WDM-KMT

BISON DESIGNS, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

ACME MERCHANDISE AND APPAREL, INC,
a Massachusetts corporation, and
ELAINE BUTTER,
an individual; and Does 1 through 10 inclusive,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Unopposed Motion to Amend Scheduling Order" (Document #32, filed December 08, 2008) is **GRANTED**. The Scheduling Order is modified as follows:

    Discovery cutoff extended to January 16, 2009
    Dispositive motions deadline extended to February 17, 2009
    The Final Pretrial Conference remains set on April 1, 2009, at 9:00 a.m.
    The Settlement Conference is RESET to January 23, 2009 at 10:30 a.m.

Dated: December 09, 2008.