IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00252-WDM-KMT

BISON DESIGNS, LLC.,

      Plaintiff,

v.

ACME MERCHANDISE AND APPAREL, INC., et al.,

      Defendants.

---

## NOTICE OF DISMISSAL

---

      The court takes judicial notice that the parties have filed a Stipulation for

Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the

complaint is dismissed with prejudice, each party to pay his or its own costs and

attorneys' fees.

      DATED at Denver, Colorado, on April 2, 2009.

                        BY THE COURT:


                        s/ Walker D. Miller
                        United States Senior District Judge