IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00252-WDM-KMT

BISON DESIGNS, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

ACME MERCHANDISE AND APPAREL, INC,
a Massachusetts corporation, and
ELAINE BUTTER,
an individual; and Does 1 through 10 inclusive,

    Defendants.

---

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

---

This civil action comes before the court on Barry A. Schwartz' failure to appear at the April 1, 2009 Status Conference and the Court's Order to Show Cause. [Doc. No. 50, filed April 1, 2009].

On April 2, 2009, Mr. Schwartz filed an answer to the Order to Show Cause. [Doc. No. 63]. Under all the circumstances, Mr. Schwartz has satisfied this court that his failure to appear at the status conference was unintentional and his failure to contact the court <u>prior to</u> the start of the hearing was the result of a series of unfortunate and excusable events, as well as a misunderstanding regarding the message delivered by Mr. Schwartz' paralegal to counsel for

defendants. This court has determined that sanctions are not warranted or appropriate in this matter.

Based on good cause shown, therefore, the Order to Show Cause is hereby DISCHARGED.

Dated this 2d day of April, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge